**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ANGEL LEE**                                                                                     **PLAINTIFF**
**REG #12703-010**

v.                              **CASE NO. 4:20-CV-00213 BSM**

**SIPES et al.**                                                                                **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 7] is adopted. Angel Lee's claims against the United States Marshal Service, official capacity claims, and request for release and expungement are dismissed, and the United States Marshal Service is dismissed. It is certified, pursuant to 28 U.S.C. section 1915(a)(3), that an *in forma pauperis* appeal from this order and accompanying judgment would not be taken in good faith.

IT IS SO ORDERED this 29th day of April, 2020.

_____
UNITED STATES DISTRICT JUDGE