# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**ANGEL LEE,**
Reg, #312703-010                                                                                      **PLAINTIFF**

**v.**                     **CASE NO. 4:20-CV-00213-BSM**

**BRIAN SIPES,** *et al.*                                                          **DEFENDANTS**

### ORDER

After careful review of the record, United States Magistrate Judge Joe J. Volpe's recommended dispositions [Doc. Nos. 31, 32] are adopted. The motion for summary judgment [Doc. No. 21] and the motion to dismiss [Doc. No. 25] are granted. Consequently, this case is dismissed without prejudice.

An *in forma pauperis* appeal from this order would not be taken in good faith. 28 U.S.C. section 1915(a)(3).

IT IS SO ORDERED this 13th day of October, 2020.

                                                                               _____
                                                                              UNITED STATES DISTRICT JUDGE