IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANGEL LEE,**
Reg, #312703-010                                                                                    **PLAINTIFF**

v.                              CASE NO. 4:20-CV-00213-BSM

**BRIAN SIPES,** *et al.*                                                                        **DEFENDANTS**

## JUDGMENT

Consistent with the order entered this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 13th day of October, 2020.

                                                                                  UNITED STATES DISTRICT JUDGE